JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 466 -- In re Metropolitan Contract Services and Pioneer Contract Services ERISA Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/03/26 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS A THRU G -- All defendants w/cert. of svc. SUGGESTED TRANSFEREE DISTRICT: S.D. Texas SUGGESTED TRANSFEREE JUDGE (ds) |
| 81/04/02 | | AMENDMENT TO HEARING ORDER FILED MARCH 23, 1981 -- Setting Motion to transfer A-1 and A-2 for Panel Hearing in Washington, D. C. on April 30, 1981 (cds) |
| 81/04/06 | | APPERANCES -- SAMUEL W. HALPERN, ESQ. for Raymond J. Donovan (A-1) ROBERT SELLERS SMITH, ESQ. for Billy R. Adock, et al. (A-2); MORTON L. SUSMAN, ESQ. for Metropolitan Contract Services, Inc., Metropolitan Contract Services, Inc., ESOP, Kenneth R. Cunningham, Wilford H. Hairell, A. Mitchell Robertson, and Thomas C. Phipps C. LELAND HAMEL, ESQ. for Pioneer Contract Services, Inc., Pioneer Contract Services, Inc., ESOP, Salvador Esparza and Edward Fritcher LARRY D. THOMPSON, ESQ. for Mark Perrin and L. J. Carter TOM MARTIN DAVIS, JR., ESQ. for Allied Bank of Texas JAMES E. CLARK, ESQ. for United States Fire Insurance Co. (rew) |
| 81/04/07 | 2 | REQUEST FOR EXTENSION OF TIME -- A-1 Raymond J. Donovan -- GRANTED to plaintiff Donovan to and including Apr. 15, 1981. (rew) |
| 81/04/07 | 3 | REQUEST FOR EXTENSION OF TIME -- Deft. U.S.Fire Ins. Co. -- GRANTED to U.S. Fire Ins. Co. to and including Apr. 15, 1981. (rew) |
| 81/04/10 | 4 | REQUEST FOR EXTENSION OF TIME -- Plaintiffs Billy R. Adcock et al. -- GRANTED TO AND INCLUDING 4/15/81 (cds) |
| 81/04//15 | 5 | RESPONSE/BRIEF -- Deft. United States Fire Insurance Co. -- w/cert. of svc. (emh) |
| 81/04/15 | 6 | RESPONSE -- Raymond J. Donovan -- w/cert. of serv. and Exhibit A (cds) |
| 81/04/17 | 7 | RESPONSE, BRIEF, CERT. OF SVC., EXHIBITS -- Ala. Pltfs.(ea) Plaintiffs Billy R. Adcock,et al. (ea) |
| 81/04/21 | 8 | REPLY -- All Defendants -- w/Exhibit A and B and cert. of svc. (emh) |
| 81/04/23 | 9 | REQUEST FOR EXTENSION OF TIME TO REPLY TO SECRETARY OF LABOR -- Movants/Defendants -- w/cert. of service -- GRANTED TO AND INCLUDING APRIL 27, 1981 (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ --  _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/04/27 | 10 | REJOINDER OF MOVANTS TO RESPONSE BY THE TEXAS PLAINTIFF -- Defendants/Movants -- w/Exhibits A and B w/cert. of of service  (cds) |
| 81/05/07 |  | ORDER DENYING TRANSFER -- of litigation (A-1 and A-2) pursuant to 28 U.S.C. §1407.  (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 466 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Metropolitan Contract Services and Pioneer Contract Services ERISA Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 4/30/81 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/7/81 | MO (Denied) | | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 466 -- In re Metropolitan Contract Services and Pioneer Contract Services ERISA Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Raymond J. Donovan, etc. v. Kenneth R. Cunningham, et al. v. Allied Bank of Texas | S.D.Tex Singleton | H-80-87 | | | | |
| A-2 | Billy R. Adcock, et al. v. Pioneer Contract Services, Inc., et al. v. Allied Bank of Texas | N.D.Ala Lynne | CV80L5274NE | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 466 -- IN RE METROPOLITAN CONTRACT SERVICES AND PIONEER CONTRACT SERVICES ERISA LITIGATION

---

RAYMOND J. DONOVAN, ETC. (A-1)
Samuel W. Halpern, Esquire
U. S. Department of Labor
P.O. Box 1914
Washington, D.C.  20013

BILLY R. ADOCK, ET AL. (A-2)
Robert Sellers Smith, Esquire
Smith, Huckaby & Graves, P.A.
223 East Side Square
Huntsville, Alabama  35801

METROPOLITAN CONTRACT SERVICES, INC.
METROPOLITAN CONTRACT SERVICES, INC.
     ESOP
KENNETH R. CUNNINGHAM
WILFORD H. HAIRELL
A. MITCHELL ROBERTSON
THOMAS C. PHIPPS
Morton L. Susman, Esquire
Susman & Kessler
2290 Two Shell Plaza
Houston, Texas  77002

PIONEER CONTRACT SERVICES, INC.
PIONEER CONTRACT SERVICES, INC. ESOP
SALVADOR ESPARAZA
EDWARD FRITCHER
C. Leland Hamel, Esquire
Dickerson, Hamel, Early & Pennock
2300 Two Allen Center
Houston, Texas  77002

MARK PERRIN
L. J. CARTER
Larry D. Thompson, Esquire
Lorance & Thompson
303 Jackson Hill, Ste. 300
Houston, Texas  77007

ALLIED BANK OF TEXAS
Tom Martin Davis, Jr., Esquire
Butler, Binion, Rice, Cook &
   Knapp
1100 Esperson Building
Houston, Texas  77002

UNITED STATES FIRE INSURANCE CO.
James E. Clark, Esquire
London, Yancey, Clark & Allen
2100 First National Southern
   Natural Building
Birmingham, Alabama  35203

JPML FORM 3

p. 1

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 466 -- In re Metropolitan Contract Services and Pioneer Contract Services ERISA Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Kenneth R. Cunningham | A-1  A-2 |
| L. J. Carter | A-1  A-2 |
| Salvatore Esparaza | A-1  A-2 |
| Edward F. Fritcher | A-1  A-2 |
| Wilford H. Hairell | A-1  A-2 |
| A. Mitchell Robertson | A-1  A-2 |
| Mark W. Perrin | A-1  A-2 |
| Thomas C. Phipps | A-2 |
| Allied Bank of Texas | A-1  A-2 |
| Pioneer Contract Svc., Inc. | A-2 |
| Metro Contract Services, Inc. | A-2 |

p. 2

| | |
|---|---|
| Pioneer Contract Services Inc. Employee Stock Ownership Plan | A-2 |
| Metro Contract Services Inc. Employee Stock Ownership Plan | A-2 |
| United States Fire Insurance Co. | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |